3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | EDCV 24-02015-WLH (AS) | Date | January 31, 2025 |
|---|---|---|---|
| Title | *Roscoe Manigo v. Temecula Valley Hospital, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**      **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

    On December 19, 2024, the Court issued an Order dismissing the Complaint with leave to amend, setting forth the deficiencies in the Complaint and directing Plaintiff to file a First Amended Complaint if he wished to pursue this case. (Dkt. No. 7). Plaintiff was ordered to file a First Amended Complaint "no later than 30 days from the date of [the Court's] Order." (Id. at 10). Since the Order was issued on December 19, 2024, Plaintiff was required to file a First Amended Complaint no later than January 21, 2025[1]. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. Id., at 11.

    To date, Plaintiff has failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than February 21, 2025,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the December 19, 2024 Order dismissing Plaintiff's Complaint with leave to amend (Dkt. No. 7), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

    If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

---

[1] January 19, 2025 fell on a Sunday and the following day, January 20, 2025 was a holiday.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | EDCV 24-02015-WLH (AS) | Date | January 31, 2025 |
|---|---|---|---|
| Title | *Roscoe Manigo v. Temecula Valley Hospital, et. al.,* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:  Wesley L. Hsu
     United States District Judge

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  |  |  |