# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSCOE MANIGO JR., | CASE NO. EDCV 24-02015 WLH (AS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| TEMECULA VALLEY HOSPITAL, AND UNIVERSAL HEALTH SERVICES, INC., | |
| Defendants. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered DISMISSING this action with prejudice.

///

///

1 | **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 | the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: 5/7/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE