JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSCOE MANIGO JR., | CASE NO. EDCV 24-02015-WLH(AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TEMECULA VALLEY HOSPITAL, AND UNIVERSAL HEALTH SERVICES, INC., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: 5/7/2025

_____
WESLEY L. HSU
UNITED STATES DISTRICT JUDGE